IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROY JOSEPH MILLS,

    Plaintiff,

v.    No. CV 16-573 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for an Extension of Time to File a Reply*, (Doc. 28), filed September 28, 2017. The Court, noting that the Motion is unopposed, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may file a reply in support of his motion for attorney fees by **October 6, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE